mination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HELEN KIRALY, Respondent, v. JOSEPH KIRALY, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to right of defendant to make another application in case of change of circumstances. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SALON DE TROUSSEAUX, INC., Respondent, and AARON L. JACOBY, Sheriff of the County of Kings, Plaintiff, v. BROOKLYN TRUST COMPANY, Defendant, Impleaded with AARON L. JACOBY, Sheriff of the County of Kings, Appellant, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, directing respondent to serve an amended complaint omitting the second cause of action. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HERMAN PASSLOFF, Respondent, v. NATBEN REALTY Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ISIDOR FREIBERG for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, to Pay over Certain Funds Now at the Bank of United States.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IVAN VASILEVICH KLOCHKOV, Respondent, v. PETROGRADSKI MEJDUNARODNI COMMERCHESKI BANK, Also Known as BANQUE INTERNATIONALE DE COMMERCE DE PETROGRAD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL JOSEPH, Appellant, v. NATHAN ANTHONY and Others, Respondents. (Action No. 1.) NATHAN ANTHONY and Others, Respondents, v. SAUL JOSEPH, Defendant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. The consolidation of actions Nos. 1 and 2 would prejudice a substantial right of respondents, to wit, a speedy trial. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MURRAY B. MACHLIN, Suing for Himself as Stockholder and All Other Stockholders of the INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation, Respondent, v. ARTHUR GALSTON and Others, Defendants, Impleaded with WOOLSEY A. SHEPARD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., and Martin, J., dissent on the ground that notice should be given to all persons who have appeared and answered in the action or who are not in default. The date for the examination to proceed to be fixed in the order. Settle order on notice.

MURRAY B. MACHLIN, Suing, etc., v. WOOLSEY A. SHEPARD, Impleaded, etc.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE CITY OF NEW YORK, Appellant, v. BROOKLYN ALCATRAZ ASPHALT COMPANY and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Present — Finch, P. J.,